E-FILED
Monday, 10 September, 2018  02:07:37 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | |
| Plaintiff | ) | Case No. 1:18-cv-01128-JES-JEH |
| | ) | |
| vs. | ) | |
| | ) | |
| ILLINOIS STATE UNIVERSITY, et. al., | ) | Chief Judge James E. Shadid |
| | ) | |
| | ) | Magistrate Jonathan E. Hawley |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, JOHN DOE and/or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendant(s).

Dated: September 10, 2018        Respectfully submitted,

                                 JOHN DOE

                           By    s/ Mark D. Johnson
                                 Mark D. Johnson

Mark D. Johnson (6211585)
Brendan Bukalski (8288052)
Johnson Law Group LLC
115 West Front Street
Bloomington, IL  61701
(309) 827-3670
mark@jlawgroup.com
brendan@jlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed Plaintiff's Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which, upon information and belief, will send notice of such filing to the parties indicated below on this 10th day of September, 2018:

Peter G. Land - 06229659
peter.land@huschblackwell.com
Gwendolyn B. Morales - 06297233
gwen.morales@huschblackwell.com
Katelan E. Little - 06309560
katelan.little@huschblackwell.com
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
(312) 526-1631

                                                      s/ Mark D. Johnson
                                                      Mark D. Johnson

Mark D. Johnson (6211585)
Brendan Bukalski (8288052)
Johnson Law Group LLC
115 West Front Street
Bloomington, IL  61701
(309) 827-3670
mark@jlawgroup.com
brendan@jlawgroup.com

2